UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

STEPHANIE N. EVERETT,

                                                    Plaintiff,   **DECLARATION OF KAREN K.
                                                                 RHAU IN SUPPORT OF
                     -against-                                   DEFENDANTS' MOTION TO
                                                                 DISMISS THE COMPLAINT**

NEW YORK CITY DEPARTMENT OF
EDUCATION; KATINA YESNICK; ANGELA LISO            No.  21 CV 07043 (JPC)

                                                    Defendants.
------------------------------------------------------------------------- x

       **KAREN K. RHAU** declares, under penalty of perjury and pursuant to 28 U.S.C.

§ 1746, that the following is true and correct.

       1.    I am an Assistant Corporation Counsel in the office of Georgia M.

Pestana, Corporation Counsel of the City of New York, attorney for defendants New York City

Department of Education ("DOE"), Katina Yesnick, and Angela Liso, (collectively,

"Defendants") in the above-captioned action. This declaration is submitted in support of

Defendants' motion to dismiss, pursuant to Rule 12 (b) of the Federal Rules of Civil Procedure,

dismissing the Complaint in its entirety.

       2.    Annexed to this declaration as Exhibit "A" is a true and correct copy of

Plaintiff's Verified State Division of Human Rights Complaint, Case No. 10210583.

       I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
            January 28, 2022

                               */s/ Karen K. Rhau*
                               Karen K. Rhau
                               Assistant Corporation Counsel