UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
STEPHANIE N. EVERETT,                                                   :
                                                                        :
                        Plaintiff,                                      :
                                                                        :          21 Civ. 7043 (JPC)
         -v-                                                            :
                                                                        :                ORDER
                                                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,                                  :
*et al.*,                                                               :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has received the *pro se* Plaintiff's opposition to Defendants' motion to dismiss. *See* Dkt. 24 ("Opposition"). By June 16, 2022, Plaintiff shall file a letter with the Court addressing whether she received any legal assistance in drafting either the Complaint or the Opposition. If Plaintiff did receive assistance, the letter shall explain who she received assistance from, on which documents she received the assistance, and whether she received assistance on all or only portions of the documents. Plaintiff shall not otherwise disclose any details of any assistance that she has received, or any legal advice that she has received.

      The Court notes that there is nothing improper about a *pro se* plaintiff receiving legal assistance in drafting either document. Whether a *pro se* plaintiff received assistance does, however, affect how the Court construes the Complaint and Opposition. *See Bizelia v. Clinton Towers Housing Co.*, No. 20 Civ. 8065 (JPC), 2022 WL 1747763, at *3 (S.D.N.Y. May 31, 2022); *Silver v. Lavandeira*, No. 08 Civ. 6522 (JSR) (DF), 2009 WL 513031, at *2 n.2 (S.D.N.Y. Feb. 26, 2009).

2

      The Clerk of the Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: June 6, 2022
       New York, New York

                                                    JOHN P. CRONAN
                                        United States District Judge