June 15, 2022

Stephanie N. Everett-Plaintiff for Case# No. 21-cv-07043

Dear Judge Cronan:

      In response to the Court's order dated June 6, 2022, I did receive from a paralegal under the supervision of an attorney some assistance on the complaint and motion to dismiss response. Specifically, I added additional details to the addendum to my New York State Division of Human Rights Complaint, which I asked the attorney's office to review and help me edit before I filed it. Similarly for my opposition to the Defendants' motion to dismiss, after reading the Defendant's papers, I sent my comments/ notes to the attorney's office for assistance in drafting my opposition. After the attorney's office drafted the opposition, I reviewed and edited it before I emailed it to the Pro Se's office for filing.

      *Stephanie N. Everett*

      Stephanie N. Everett

      Plaintiff