Stephanie Everett
1113 East 215th Street
Bronx, NY 10469

September 19, 2023

*Via email*
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                **Re:    Everett v. New York City Department of Education et al.,
                      21-CV-07043 (JPC)**

Dear Judge Cronan:

      My name is Stephanie Everett, I am the plaintiff in this matter. The reason I am writing this letter, is because even though I greatly appreciate being granted leave to amend my second amended federal complaint, I realized after reading your decision, that it would be best to move to the next phase of litigation, and proceed to discovery. Respectfully, I would like to request the defendants and I to proceed with discovery, instead of filing another amendment to my complaint. Thank you very much for taking the time to read my letter.

                                                Sincerely,

                                             s/ Stephanie Everett
                                              Stephanie Everett

c: Karen K. Rhau, Assistant Corporation Counsel, Attorney for Defendants