UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHANIE N. EVERETT,

                            Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                          Defendants.
-----------------------------------------------------------------X

21-CV-7043 (JPC)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Thursday, August 28, 2024, at 11:30 a.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335**.

        **SO ORDERED.**

DATED:    New York, New York
                August 20, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge