UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEPHANIE N. EVERETT,

                           Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                         Defendants.
------------------------------------------------------------------X

21-CV-7043 (JPC)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is rescheduled for **Thursday, November 14, 2024 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **November 11, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
               September 5, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge