UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
STEPHANIE N. EVERETT,                           :

                Plaintiff,          :

                                1:21-cv-07043-JPC

                v.                  :

NEW YORK CITY DEPARTMENT OF                     :
EDUCATION, et al.,

                                :

                Defendants.
------------------------------------------------ x

## PROPOSED ORDER – WITHDRAWAL OF COUNSEL

The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendant New York City Department of Education, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated:  New York, New York
          November 7, 2024

                                  PADUANO & WEINTRAUB LLP

                                  By: /s/ Angela M. Wanslow
                                      Angela M. Wanslow
                                1251 Avenue of the Americas
                                Ninth Floor
                                New York, New York 10020
                                (212) 785-9100
                                amw@pwlawyers.com

The request is granted.  The Clerk of Court is respectfully directed to terminate Ms. Wanslow's participation in this matter and to close Docket Number 85.

SO ORDERED.
Date: November 8, 2024
New York, New York

                                _____
                                JOHN P. CRONAN
                                United States District Judge